**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ENCODITECH LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**MONTBLANC, A DIVISION OF RICHEMONT NORTH AMERICA INC.,**<br><br>    Defendant. | Civ. No. 6:17-cv-484<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Encoditech LLC ("Plaintiff") voluntarily dismisses the action against Defendant Montblanc, a Division of Richemont North America Inc.  Plaintiff affirmatively represents that the Defendant has not filed or served an answer, nor a motion for summary judgment.

Dated:  November 14, 2017

 */s/  Papool S. Chaudhari*
 Papool S. Chaudhari
 Texas State Bar No. 24076978
 Chaudhari Law, PLLC
 P.O. Box 1863
 Wylie, Texas 75098
 Phone:  (214) 702-1150
 Fax: (214) 705-3775
 Papool@ChaudhariLaw.com

 Attorney for Plaintiff
 Encoditech LLC

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this, the 14th day of November, 2017.  Any other counsel of record will be served by first class U.S. mail on this same date.

                                          */s/  Papool S. Chaudhari*